```
                                              FILED
                                        March 10, 2011
                                   CLERK, U.S. BANKRUPTCY COURT
                                   EASTERN DISTRICT OF CALIFORNIA
                                              D35
```

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

---

**Case Title :**    Carlos Rodas and Maria Rodas    **Case No :**   **10−94772 − D − 13G**
   **Date :**    3/8/11
   **Time :**    10:00

**Matter :**    [23] − Motion/Application to Confirm/Modify Chapter 13 Plan [TOG−2] Filed by Debtor Carlos Rodas, Joint Debtor Maria Rodas (mpem)

**Judge :**    Robert S. Bardwil
**Courtroom Deputy :**    Carlene Walker
**Reporter :**    NOT RECORDED
**Department :**    D

---

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

---

## CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law are stated in the civil minutes for the hearing.

IT IS ORDERED that the motion is
granted and the debtor(s) is/are to submit an order confirming the plan. The order shall be signed by the chapter 13 trustee approving the form of the order. Resolved without oral argument.


Dated: March 10, 2011


_____
Robert S. Bardwil, Judge
United States Bankruptcy Court